[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-17672
Non-Argument Calendar

_____

D.C. Docket No. 1:14-cr-00173-WSD-LTW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CRESENCIO JUAREZ RAMIRO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(May 11, 2018)

Before TJOFLAT, WILLIAM PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Alan Glickman, appointed counsel for Cresencio Juarez Ramiro in

this direct criminal appeal, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ramiro's conviction and sentence are **AFFIRMED**.